THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JUSTIN L. TRIPP,

        Defendant.

CASE NO. C11-0134-JCC

MINUTE ORDER DENYING MOTION FOR RECONSIDERATION

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for reconsideration (Dkt. No. 89). Plaintiff moves the Court to reconsider its previous order denying Defendant's motion for revocation of supervised release and sentencing in absentia. (Dkt. No. 87.)

Under the local rules, "[m]otions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority." W.D. Wash Local Crim. R. 12(b)(10). Defendant has not met this standard. The cases he cites do not mandate the relief he seeks, nor is the nature of the crime Defendant pled guilty to in Nevada relevant in reconsidering his prior motion. Accordingly, Defendant's motion for reconsideration (Dkt. No. 22) is DENIED.

     //

MINUTE ORDER DENYING MOTION FOR
RECONSIDERATION, C11-0134-JCC
PAGE - 1

DATED this 13th day of February 2018.

<u>William M. McCool</u>
Clerk of Court

<u>/s/Tomas Hernandez</u>
Deputy Clerk