THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR11-0134-JCC |
| Plaintiff, | ORDER |
| v. | |
| JUSTIN TRIPP, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion to continue an evidentiary hearing on revocation of supervised release (Dkt. No. 103). Defendant requests an extension so that he can get surgery. (*Id.*) The motion is GRANTED. Defendant's hearing is CONTINUED from February 26, 2019 to April 23, 2019 at 9:00 a.m.

DATED this 21st day of February 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR11-0134-JCC
PAGE - 1