THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN LEE TRIPP,<br><br>　　　　　　　Defendant. | CASE NO. CR11-0134-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to seal (Dkt. No. 104) an exhibit to his motion to continue hearing (Dkt. No. 105).

"There is a strong presumption of public access to the court's files." W.D. Wash. Local Civ. R. 5(g). To overcome this presumption, there must be a "compelling reason" for sealing sufficient to outweigh the public's interest in disclosure. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016) (applying the "compelling reason" test to motions to seal documents "more than tangentially related to the merits of a case"). Defendant seeks to maintain under seal an exhibit to his motion to continue hearing because the exhibit contains personal medical records. (Dkt. No. 104.) The Court finds that the personal, sensitive nature of Defendant's medical records is a compelling reason to seal Defendant's exhibit that outweighs the public's interest in its disclosure.

For the foregoing reasons, Defendant's motion to seal (Dkt. No. 104) is GRANTED. The

ORDER
CR11-0134-JCC
PAGE - 1

1. Clerk is DIRECTED to maintain Docket Number 105 under seal.

DATED this 5th day of March 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR11-0134-JCC
PAGE - 2